IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO GREGGE, JR., | No. CIV S-09-2561-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |
| / | |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 4).  Plaintiff's complaint will be addressed separately.

    Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for leave to proceed in forma pauperis (Doc. 4) is granted;

///

1          2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this
2  action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);
3          3.      No initial partial filing fee will be assessed pursuant to 28 U.S.C.
4  § 1915(b)(1); and
5          4.      Plaintiff will be obligated for monthly payments of twenty percent of the
6  preceding month's income credited to plaintiff's inmate trust account, such payments to be
7  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
8  account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.
9  § 1915(b)(2).

DATED:  September 25, 2009

　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE