IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO GREGGE, JR., | No. 2:09-CV-2561-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW KATE, et al., | |
| Defendants. | |
| _____ / | |

     Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for leave to file an amended complaint (Doc. 45).  In his motion, plaintiff seeks leave to file an amended complaint which deletes Kate as a defendant and replaces him with an individual named Robert Sillen.  Plaintiff does not, however, provide the court with a proposed amended complaint or otherwise explain how Sillen is related to this case.  To the extent plaintiff's motion can be construed as a motion for voluntary dismissal of defendant Kate, the request will be addressed separately with defendants' motion to dismiss.

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to file
2  an amended complaint (Doc. 45) is denied.

4  DATED: October 15, 2012

```
                                        _____
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE
```