1
2
3
4
5
6         **IN THE UNITED STATES DISTRICT COURT**
7         **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8
9    LORENZO GREGGE, JR.,                    No. 2:09-CV-2561-GEB-CMK-P
10              Plaintiff,
11         vs.                               <u>ORDER</u>
12   MATTHEW KATE, et al.,
13              Defendants.
14   _____/
15              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to
16   42 U.S.C. § 1983.   This matter as back before this court following the Ninth Circuit Court of
17   Appeal's August 1, 2014, unpublished memorandum disposition.  In that disposition, the Ninth
18   Circuit reversed this court's finding that plaintiff had not exhausted his administrative remedies,
19   effectively denying defendants' motion to dismiss on that basis.  Accordingly, defendants shall
20   file and serve an answer to plaintiff's complaint within 30 days of the date of this order.
21              IT IS SO ORDERED.
22
23   DATED:  August 28, 2014
24                                           _____
                                             **CRAIG M. KELLISON**
25                                           UNITED STATES MAGISTRATE JUDGE
26
                                        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26