# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO GREGGE, JR.<br><br>          PLAINTIFF,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al,<br><br>          DEFENDANTS. | **CASE NO.:** 1:15-cv-00176-LJO-SAB<br><br>**ORDER<br>EXTENDING TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |

Having reviewed the stipulation filed by the parties to expand the briefing schedule for the objections and reply to the Court's May 20, 2015 Findings & Recommendation, the stipulation is accepted and so ordered.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' objections to the findings and recommendations shall be filed on or before June 17, 2015; and

2. Replies, if any, shall be filed on or before July 8, 2015.

IT IS SO ORDERED.

Dated: **May 26, 2015**

UNITED STATES MAGISTRATE JUDGE