# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO GREGGE, JR.<br><br>            PLAINTIFF,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al,<br><br>            DEFENDANTS. | **CASE NO.:** 1:15-cv-00176-LJO-SAB<br><br>**ORDER TO POSTPONE SCHEDULING CONFERENCE** |

Having reviewed the stipulation filed by the parties to postpone the Scheduling Conference set for July 20, 2015, the stipulation is accepted and so ordered.

Accordingly, IT IS HEREBY ORDERED that the Scheduling Conference is reset from July 20, 2015 to August 17, 2015 at 9: 45 a.m. before Magistrate Judge Stanley A. Boone.  A joint scheduling report is due one week before the new conference date.

IT IS SO ORDERED.

Dated:   **July 14, 2015**

_____
UNITED STATES MAGISTRATE JUDGE