OFFICES OF

## PAVONE & FONNER

A LAW PARTNERSHIP

**BENJAMIN PAVONE, ESQ., SBN 181826**
**HILLARY GRANT, ESQ., SBN 297849**
7676 HAZARD CENTER DRIVE, 5TH FLOOR
SAN DIEGO, CALIFORNIA 92108
TELEPHONE: 619 224 8885
FACSIMILE: 619 224 8886
PAVONE EMAIL: bpavone@cox.net
GRANT EMAIL: hillgrant.hg@gmail.com

ATTORNEYS FOR PLAINTIFF
LORENZO GREGGE, JR.

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MICHELLE L. ANGUS, SBN 210031
Supervising Deputy Attorney General
TYLER V. HEATH, SBN 271478
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 94425
Sacramento, CA 94244-2550
Telephone: (916) 327-9722
Fax: (916) 324-5205
Email: Tyler.Heath@doj.ca.gov

*ATTORNEYS FOR DEFENDANTS CATE AND YATES*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO GREGGE, JR.<br><br>PLAINTIFF,<br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al,*<br><br>DEFENDANTS. | **CASE NO.:** 1:15-CV-00176-LJO-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

Plaintiff, by and through his counsel, Attorneys Benjamin Pavone and Hillary Grant, and Defendants, by and through their counsel, Attorney Tyler Heath, hereby stipulate as follows:

1. Currently before the District Court are the Plaintiff's Objections to the Magistrate Judge's Findings and Recommendations and Defendants' Reply to Plaintiff's Objection to the Magistrate's Findings and Recommendations.

2. On July 14, 2015, the parties filed a stipulation to postpone the scheduling conference until the Court ruled on the pleadings. The Court postponed the Scheduling Conference until August 17, 2015, with a report due one week prior. Docket 97.

3. The District Court has not yet ruled on the objections and therefore the parties agree that it is premature to enter a scheduling order, as that ruling is potentially case-dispositive. The parties wish to continue the conference until September 29, 2015, the same date as other Valley Fever cases are being managed for scheduling, and given the state of the pleadings in this matter, convert the scheduling conference to a status conference.

So stipulated.

Dated: August 6, 2015   PAVONE & FONNER, LLP

Benjamin Pavone, Esq.
Hillary Grant, Esq.
Direct: 720 320 1549
Attorneys for Lorenzo Gregge, Jr.

Dated: August 6, 2015   KAMALA D. HARRIS
Attorney General of California
MICHELLE L. ANGUS
Supervising Deputy Attorney General

*Tyler V. Heath*
Tyler V. Heath
Deputy Attorney General
*Attorneys for Defendants*
Cate and Yates

## ORDER

Based on the Stipulation of the parties as set forth above, and good cause having been shown, it is hereby ORDERED that the scheduling conference set for August 17, 2015, and its related obligations (Dkt. No. 97), is continued to 1:00 pm on September 29, 2015 and will be handled as a status conference.

IT IS SO ORDERED.

Dated: **August 7, 2015**

UNITED STATES MAGISTRATE JUDGE