# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO GREGGE, JR., | Case No.  1:15-cv-00176-LJO-SAB |
| Plaintiff, | ORDER CONTINUING STATUS CONFERECE TO OCTOBER 16, 2015 |
| v. | |
| MATTHEW KATE, et al., | |
| Defendants. | |

Currently pending before District Judge Lawrence J. O'Neill is this court's findings and recommendations.  A status conference in this action is set for September 29, 2015.  Due to the pending findings and recommendations, the Court finds that it is in the interest of conservation of the resources of the parties and judicial economy to continue the status hearings in all these related actions to the same date.  Accordingly, the status conference in this action shall be continued from September 29, 2015 to October 16, 2015 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:  **September 16, 2015**

UNITED STATES MAGISTRATE JUDGE

1